RECEIVED
JUL 22 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| ARMBRUST INTERNATIONAL, LTD. and ERWIN PEARL, INC.<br><br>v.<br><br>THE ST. PAUL TRAVELERS COMPANIES, INC.; TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA; ST. PAUL FIRE AND MARINE INSURANCE COMPANY | Case No. CA-04 212 ML |

**ASSENTED TO MOTION TO EXTEND SCHEDULING ORDER**

Plaintiffs Armbrust International Ltd. and Erwin Pearl, Inc. and defendants Travelers Casualty and Surety Company of America and St. Paul Fire Marine Insurance Company respectfully request the Court to extend the Scheduling Order, dated September 28, 2004 as follows:

Plaintiffs' Motion for Summary Judgment filed by August 9, 2005;

Defendants' Oppositions and Cross Motions filed by September 9, 2005;

Plaintiffs' Opposition to Cross-Motions and Reply Brief on Original Motion filed by October 10, 2005;

Defendants' Reply Briefs on Cross-Motions filed by October 31, 2005.

In support of this motion, the parties state that they have completed all written discovery and depositions, and have worked together to establish a briefing schedule set forth above in an effort to present the issues in dispute to the court in the most cogent and concise manner.

Granted. Mary M. Lisi USDJ 7/26/05

BOST1-853230-2

**ARMBRUST INTERNATIONAL, LTD. and ERWIN PEARL, INC.**

**By their attorneys,**

/s/ Steven E. Snow

Steven E. Snow, Esq.
Robert K. Taylor, Esq.
Partridge Snow & Hahn LLP
180 South Main Street
Providence, RI 02903

**TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA**

**By its attorneys,**

/s/ Mark E. Cohen

Mark E. Cohen
Robert J. Maselek, Jr.
McCormack & Epstein
One International Place, 7th Floor
Boston, MA 02110

and

/s/ John J. Flanagan

John J. Flanagan, Esq.
2348 Post Road
Warwick, RI 02886

**ST. PAUL FIRE AND MARINE INSURANCE COMPANY**

**By its attorneys,**

/s/ Anthony R. Zelle

Anthony R. Zelle
**Denner O'Malley LLP**
Four Longfellow Place, 35th Floor
Boston, MA 02114

and

/s/ Stephen H. Burke

Stephen H. Burke, RI Bar I.D. No. 2759
**Ratcliffe, Burke, Harten & Ellis, LLP**
1600 Financial Plaza
Providence, RI 02903
401-331-3400
Fax: 401-331-3440

**CERTIFICATE OF SERVICE**

I, Anthony R. Zelle, hereby certify that a copy of the foregoing Assented to Motion to Extend Scheduling Order was mailed, postage prepaid, on July 20, 2005 to:

Steven E. Snow, Esq.
Robert K. Taylor, Esq.
Partridge Snow & Hahn LLP
180 South Main Street
Providence, RI 02903

John J. Flanagan, Esq.
2348 Post Road
Warwick, RI 02886

Mark E. Cohen
Robert J. Maselek, Jr.
McCormack & Epstein
One International Place, 7th Floor
Boston, MA 02110

Stephen H. Burke, Esq.
Ratcliffe, Burke, Harten & Ellis LLP
1600 Financial Plaza
Providence, RI 02903

Anthony R. Zelle
Anthony R. Zelle