# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

ARMBRUST INTERNATIONAL, LTD.
AND ERWIN PEARL, INC.
Plaintiffs,

v.

TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA and ST. PAUL FIRE AND MARINE INSURANCE COMPANY,
Defendants.

C.A. No. 04-212 ML

## ARMBRUST INTERNATIONAL, LTD. AND ERWIN PEARL, INC.'S MOTION TO EXCEED THE PAGE LIMIT

Now come Plaintiffs Armbrust International, Ltd. and Erwin Pearl, Inc. and hereby move this Honorable Court for leave to file a Statement of Material Facts Not in Dispute in support of its Motion for Partial Summary Judgment, in excess of the page limitations set forth in Amended General Order #2002-01. Plaintiffs seek leave to file a seventeen (17) page Statement of Material Facts Not in Dispute.

As grounds for this motion Plaintiffs state that the Court will be aided in its review of Plaintiffs' Statement of Material Facts Not in Dispute in determining Plaintiffs' Motion for Partial Summary Judgment. Moreover, Plaintiffs state that its Memorandum of Law filed in support of its Motion for Partial Summary Judgment is eleven (11) pages, well below the Court's page limitation. In fact, the Memorandum and Statement of Material Facts Not in Dispute together are a total of twenty-eight (28) pages, which is still below the combined total number of pages allowed for these two sections.

WHEREFORE Armbrust International Ltd. and Erwin Pearl, Inc. respectfully request that the Court allow them to file a seventeen (17) page Statement of Material Facts Not In Dispute in support of their Motion for Partial Summary Judgment.

ARMBRUST INTERNATIONAL, LTD.
and ERWIN PEARL, INC.

By Their Attorneys,

PARTRIDGE SNOW & HAHN LLP

Steven E. Snow (#1774)
Robert K. Taylor (#6514)
180 South Main Street
Providence, RI 02903
(401) 861-8200
(401) 861-8210 FAX

DATED: August 9, 2005

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing ARMBRUST INTERNATIONAL, LTD. AND ERWIN PEARL, INC.'S MOTION TO EXCEED THE PAGE LIMIT was mailed, postage prepaid, on this 9th day of August, 2005 to:

Anthony R. Zelle, Esq.
Denner O'Malley, LLP
Four Longfellow Place
35th Floor
Boston, MA 02114

John J. Flanagan, Esq.
2348 Post Road
Warwick, RI 02886

Stephen H. Burke, Esq.
Ratcliffe, Burke, Harten & Ellis LLP
1600 Financial Plaza
Providence, RI 02903

Robert J. Maselek, Jr., Esq.
Mark E. Cohen, Esq.
McCormack & Epstein
One International Place
7th Floor
Boston, MA 02110

812775_1/3119-3