# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

ARMBRUST INTERNATIONAL, LTD.
and ERWIN PEARL, INC.,
Plaintiffs,

v.

TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA and ST. PAUL FIRE AND MARINE INSURANCE COMPANY,
Defendants.

C.A. NO. 04-212 ML

## ASSENTED TO MOTION TO EXTEND SCHEDULING ORDER

Plaintiffs Armbrust International, Ltd. and Erwin Pearl, Inc. and Defendants Travelers Casualty and Surety Company of America and St. Paul Fire and Marine Insurance Company respectfully request the Court to extend the scheduling order deadlines as follows:

Plantiffs' Motion for Summary Judgment filed by August 12, 2005;

Defendants' Oppositions and Cross-Motions filed by September 9, 2005;

Plaintiffs' Oppositions to Cross-Motions and Reply Briefs on original motion filed by October 10, 2005;

Defendants' Reply Briefs on Cross-Motions filed by October 31, 2005.

The current scheduling order is dated July 26, 2005. In support of this motion, the parties state that they have completed all written discovery and depositions, and have worked together to establish a briefing schedule set forth above in an effort to present the issues in dispute to the Court in the most cogent and concise manner.

ARMBRUST INTERNATIONAL, LTD.
and ERWIN PEARL, INC.

By Their Attorneys,

PARTRIDGE SNOW & HAHN LLP

Steven E. Snow (#1774)
Robert K. Taylor (#6514)
180 South Main Street
Providence, RI 02903
(401) 861-8200
(401) 861-8210 FAX

TRAVELERS CASUALTY AND
SURETY COMPANY OF AMERICA

By Its Attorneys,

McCORMACK & EPSTEIN

Mark E. Cohen
Robert J. Maselek, Jr.
One International Place, 7th Floor
Boston, MA 02110
(617) 951-2929
(617) 951-2672 FAX

ST. PAUL FIRE AND MARINE
INSURANCE COMPANY

By Its Attorneys,

DENNER O'MALLEY, LLP

Anthony R. Zelle
Four Longfellow Place, 35th Floor
Boston, MA 02114
(617) 227-2800
(617) 973-1562 FAX

812819_1/3119-3