UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| C.R. BARD, INC., and DAVOL INC., Plaintiffs, v. STRYKER CORPORATION, Defendant. | C.A. No. 02- 515ML |

**ASSENTED-TO MOTION FOR ENLARGEMENT OF TIME**

Plaintiffs C.R. Bard, Inc. and Davol, Inc. hereby move for an enlargement of time to and including September 22, 2005 to file their Reply in support of their Cross-Motion for Summary Judgment of Infringement (the "Motion"). In support of this motion, Plaintiffs state that the additional time is required to accommodate counsel's vacation plans and because, by agreement, the date for Defendant to file its opposition to the Motion has been extended to August 26, 2005.

Plaintiffs represent that Defendant has no objection to the granting of this motion.

Granted.
Mary M. Lisi
USDJ 8/10/05

Respectfully submitted,

C.R. BARD, INC. and DAVOL, INC.
By Its Attorneys,

Mark A. Pogue (#3441)
EDWARDS & ANGELL, LLP
2800 Financial Plaza
Providence, RI 02903
(401) 274-9200

**CERTIFICATE OF SERVICE**

I certify that on August 5, 2005, a copy of this motion was served on the following counsel as follows:

By Hand Delivery
Joseph Avanzato
Adler, Pollock & Sheehan P.C.
One Citizena Plaza, 8th Floor
Providence, RI 02903

By First Class Mail
Gregory J. Vogler
Sharon A. Hwang
McAndrews, Held & Molloy, Ltd.
500 W. Madison Street
Chicago, IL 60661