# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF RHODE ISLAND

ARMBRUST INTERNATIONAL, LTD.
AND
ERWIN PEARL, INC.,
Plaintiffs

*v.*

TRAVELERS CASUALTY & SURETY COMPANY OF AMERICA
AND
ST. PAUL FIRE & MARINE INSURANCE COMPANY,
Defendants

CIVIL ACTION NO.:

CA 04 212 ML

## UNOPPOSED MOTION TO EXTEND SCHEDULING ORDER

Defendants, Travelers Casualty and Surety Company of America and St. Paul Fire Marine Insurance Company, respectfully request the Court to extend the remaining briefing deadlines by one week, amending the Scheduling Order, dated August 10, 2005, as follows:

a) Defendants' Oppositions to Plaintiffs' Summary Judgment Motions and Cross Motions for Summary Judgment filed by September 16, 2005;

b) Plaintiffs' Opposition to Cross-Motions and Reply Brief on Original Motion filed by October 17, 2005;

c) Defendants' Reply Briefs on Cross-Motions filed by November 7, 2005.

In support of this motion, the defendants state the plaintiffs filed a motion for partial summary judgment on August 12, 2005, and the defendants request a one-week extension of the briefing deadlines as set forth above in an effort to adequately brief and respond to the legal issues and to present the issues in dispute to the court in the most cogent and concise manner. The plaintiffs, Armbrust International Ltd. and Erwin Pearl, Inc., do not oppose this Motion.

Dated: 9/2/05

**TRAVELERS CASUALTY & SURETY COMPANY OF AMERICA**, Defendant,

By: JJF/mm

John J. Flanagan [#3099]
2348 Post Road
Warwick, RI 02886
(401) 732-4480/(508) 541-6050 (fax)

**CO-COUNSEL**:

MEC/mm

Mark E. Cohen, Esquire
**The McCormack Firm, LLC**
One International Place - 7th Floor
Boston, MA 02110
Tel: (617) 951-2929
Fax: (617) 951-2672

Respectfully submitted,

**ST. PAUL FIRE AND MARINE INSURANCE COMPANY**, By its attorneys,

ARZ/mm

Anthony R. Zelle
**Denner O'Malley LLP**
Four Longfellow Place, 35th Floor
Boston, MA 02114
(617) 227-2800
(617) 973-1562 (fax)

and

SHB/mm

Stephen H. Burke, Esq. (# 2759)
**Ratcliffe, Burke, Harten & Ellis, LLP**
1600 Financial Plaza
Providence, RI 02903
401-331-3400
Fax: 401-331-3440

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed this 2nd day of September, 2005, to:

Robert K. Taylor, Esq.
**Partridge Snow & Hahn LLP**
180 South Main Street
Providence, RI 02903-7120

Stephen H. Burke, Esq
**Ratcliffe Burke Harten & Elias, LLP**
1600 Financial Plaza
Providence, RI 02903

Tony Zelle, Esq.
**Robinson & Cole**
One Boston Place
Boston, MA 02108-4404

[signature]
Mark E. Cohen

76889.1