UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

FILED SEP 16 2005 U.S. DISTRICT COURT DISTRICT OF RHODE ISLAND

| | |
|---|---|
| ARMBRUST INTERNATIONAL, LTD. and ERWIN PEARL, INC., Plaintiffs, | |
| v. | C.A. No. 04-212 ML |
| THE ST. PAUL TRAVELERS COMPANIES, INC.; TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA; and ST. PAUL FIRE AND MARINE INSURANCE COMPANY, Defendants. | |

**ST. PAUL FIRE AND MARINE INSURANCE COMPANY'S OPPOSITION TO PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT**

St. Paul Fire and Marine Insurance Company ("St. Paul F&M"), hereby opposes Plaintiffs' Motion for Summary Judgment insofar as it seeks any judgment against St. Paul F&M. Plaintiffs' motion does not request any specific damages or other relief from St. Paul F&M and Plaintiffs' memorandum of law adopts and advocates the legal proposition which supports the position St. Paul F&M has taken in connection with Plaintiffs' claim for insurance coverage under the policies it issued to Plaintiffs. Nevertheless, Plaintiffs have requested "partial summary judgment in favor of Plaintiffs on Counts I and III of the Complaint" and Count III of the Complaint demands judgment against St. Paul F&M. Accordingly, St. Paul is constrained to oppose Plaintiffs' motion and relies upon its Response to Plaintiffs' Statement of Material Facts Not in Dispute, its Rule 12.1 Statement in Support of Its Cross Motion for Summary Judgment, and its Memorandum of Law in Support of Its Cross Motion for Summary Judgment. St. Paul F&M expressly incorporates each of these documents into this opposition by reference to same.

Respectfully submitted,

**ST. PAUL FIRE AND MARINE INSURANCE COMPANY,**

By its attorneys,

Stephen H. Burke RI Bar I.D. No. 2759
**Ratcliffe, Burke, Harten & Ellis, LLP**
1600 Financial Plaza
Providence, RI 02903
401-331-3400
Fax: 401-331-3440

Anthony R. Zelle, BBO # 548141
**Denner O'Malley, LLP**
Four Longfellow Place, 35th Floor
Boston, MA 02114
(617) 227-2800

Dated: September 16, 2005

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed this 16th day of September, 2005, to:

| | |
|---|---|
| Robert K. Taylor, Esq.<br>**Partridge Snow & Hahn LLP**<br>180 South Main Street<br>Providence, RI 02903-7120 | Mark E. Cohen, Esq.<br>**The McCormack Firm, LLC**<br>One International Place - 7th Floor<br>Tel: (617) 951-2929<br>Fax: (617) 951-2672 |
| Anthony R. Zelle, Esq.<br>**Denner O'Malley, LLP**<br>Four Longfellow Place, 35th Floor<br>Boston, MA 02114 | John J. Flanagan, Esq.<br>2348 Post Road<br>Warwick, RI 02886<br>(401) 732-4480<br>(508)541-6050(fax) |
| | |

Margaret M. Panosian