UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

ARMBRUST INTERNATIONAL, LTD. and
ERWIN PEARL, INC.,
Plaintiffs,

v.

THE ST. PAUL TRAVELERS COMPANIES, INC.;
TRAVELERS CASUALTY AND SURETY
COMPANY OF AMERICA; ST. PAUL FIRE AND
MARINE INSURANCE COMPANY,
Defendants.

Case No. CA-04 212 ML

**ASSENTED TO MOTION TO EXCEED PAGE LIMIT IN RESPONSE TO PLAINTIFFS' RULE 12.1 STATEMENT**

With the assent of plaintiffs Armbrust International Ltd. and Erwin Pearl, Inc. and defendant Travelers Casualty and Surety Company of America, St. Paul Fire and Marine Insurance Company respectfully requests the Court for leave to file a 15-page *Response to Plaintiffs' Rule 12.1 Statement of Material Facts Not in Dispute*. In support of this motion, St. Paul Fire and Marine Insurance Company states that *Plaintiffs' Rule 12.1 Statement of Material Facts Not in Dispute* was 16 pages.

**ST. PAUL FIRE AND MARINE INSURANCE COMPANY,**

**By its attorneys,**

Stephen H. Burke, RI Bar I.D. No. 2759
**Ratcliffe, Burke, Harten & Ellis, LLP**
1600 Financial Plaza
Providence, RI 02903
401-331-3400
Fax: 401-331-3440

Anthony R. Zelle, BBO
**Denner O'Malley LLP**
Four Longfellow Place, 35th Floor
Boston, MA 02114

**ASSENTED TO:**

**ARMBRUST INTERNATIONAL, LTD. and ERWIN PEARL, INC.**

**By their attorneys,**

Steven E. Snow, Esq.
Robert K. Taylor, Esq.
Partridge Snow & Hahn LLP
180 South Main Street
Providence, RI 02903

**TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA**

**By its attorneys,**

Mark E. Cohen
Robert J. Maselek, Jr.
McCormack & Epstein
One International Place, 7th Floor
Boston, MA 02110

and

John J. Flanagan, Esq.
2348 Post Road
Warwick, RI 02886

Dated: September 16, 2005

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed this 16th day of September, 2005, to:

| | |
|---|---|
| Robert K. Taylor, Esq.<br>**Partridge Snow & Hahn LLP**<br>180 South Main Street<br>Providence, RI 02903-7120 | Mark E. Cohen, Esq.<br>**The McCormack Firm, LLC**<br>One International Place - 7th Floor<br>Tel: (617) 951-2929<br>Fax: (617) 951-2672 |
| Anthony R. Zelle, Esq.<br>**Denner O'Malley, LLP**<br>Four Longfellow Place, 35th Floor<br>Boston, MA 02114 | John J. Flanagan, Esq.<br>2348 Post Road<br>Warwick, RI 02886<br>(401) 732-4480<br>(508)541-6050(fax) |
| | |

Margaret M. Panosian

Margaret M. Panosian