FILED
SEP 19 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

ARMBRUST INTERNATIONAL, LTD. and ERWIN PEARL, INC.,
Plaintiffs,

v. C.A. No. 04-212 ML

THE ST. PAUL TRAVELERS COMPANIES, INC.; TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA; and ST. PAUL FIRE AND MARINE INSURANCE COMPANY,
Defendants.

**TRANSMITTAL AFFIDAVIT OF STEPHEN H. BURKE**

I, Stephen H. Burke, affirm as follows:

I am a partner at the law firm of Ratcliffe Burke Harten & Elias LLP, counsel to St. Paul Fire and Marine Insurance Company ("St. Paul F&M"), in the above-captioned matter.

1. True and accurate copies of the relevant excerpts from the 2001 Policy issued by St. Paul F&M to Plaintiffs are attached as Exhibit 1 hereto;

2. True and accurate copies of the relevant excerpts from the 2002 Policy issued by St. Paul F&M to Plaintiffs are attached as Exhibit 2 hereto; and

3. A true and accurate copy of the coverage position issued by St. Paul F&M to Plaintiffs on or about March 24, 2004, is attached as Exhibit 3 hereto.

*Signed under the pains and penalties of perjury this 19th day of September, 2005.*

Stephen H. Burke

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed this 19th day of September, 2005, to:

| | |
|---|---|
| Robert K. Taylor, Esq.<br>**Partridge Snow & Hahn LLP**<br>180 South Main Street<br>Providence, RI 02903-7120 | Mark E. Cohen, Esq.<br>**The McCormack Firm, LLC**<br>One International Place - 7th Floor<br>Tel: (617) 951-2929<br>Fax: (617) 951-2672 |
| Anthony R. Zelle, Esq.<br>**Denner O'Malley, LLP**<br>Four Longfellow Place, 35th Floor<br>Boston, MA 02114 | John J. Flanagan, Esq.<br>2348 Post Road<br>Warwick, RI 02886<br>(401) 732-4480<br>(508)541-6050(fax) |
| | |

Margaret M. Panosian