# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

ARMBRUST INTERNATIONAL, LTD.
and ERWIN PEARL, INC.,
Plaintiffs,

v.

TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA and ST. PAUL FIRE AND MARINE INSURANCE COMPANY,
Defendants.

C.A. No. 04-212 ML

## PLAINTIFFS' OPPOSITION TO ST. PAUL FIRE & MARINE INSURANCE COMPANY'S CROSS-MOTION FOR SUMMARY JUDGMENT

Plaintiffs Erwin Pearl, Inc. and Armbrust International, Ltd., through counsel, submit the following opposition to St. Paul Fire & Marine Insurance Company's ("St. Paul") Cross-Motion For Summary Judgment.

St. Paul's cross-motion should be denied at this time, without prejudice. The cross-motion is based on the premise that under Rhode Island law, a property loss occurs when it is discovered or in the exercise of reasonable diligence could have been discovered. *CPC International, Inc. v. Northbrook Excess & Surplus Insurance Co.*, 668 A.2d 647 (R.I. 1995). St. Paul based its coverage determination on *CPC International*, and paid Plaintiffs the limits of the St. Paul policy in effect at the time that the loss was discovered. Co-defendant Travelers Casualty & Surety Company of America ("Travelers"), on the other hand, has taken the position that *CPC International* does not apply to Plaintiffs' claim and has declined to cover any portion of Plaintiffs' embezzlement loss.

Plaintiffs' summary judgment motion argues that *CPC International* applies to both St. Paul and Travelers and that Travelers, like St. Paul, is obligated under its applicable insurance policy to cover Plaintiffs for thefts of property committed before the inception of the policy but discovered during the policy period. In the event that the Court concurs with this analysis, St. Paul's coverage position will be confirmed, and Plaintiffs will voluntarily dismiss their claims against St. Paul without need for any further action by the Court. In the event that the Court determines that Plaintiffs' analysis of *CPC International* is mistaken, however, St. Paul's reliance on *CPC International* will be called into question. Plaintiffs respectfully submit that the resources of the parties and the Court would be better spent addressing Plaintiffs' claims against St. Paul at that time, and that St. Paul's cross-motion for summary judgment should be denied without prejudice as premature.

ARMBRUST INTERNATIONAL, LTD.
and ERWIN PEARL, INC.

By Their Attorneys,

PARTRIDGE SNOW & HAHN LLP

Steven E. Snow (#1774)
Robert K. Taylor (#6514)
180 South Main Street
Providence, RI 02903
(401) 861-8200
(401) 861-8210 FAX

DATED: October 17, 2005

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing PLAINTIFFS' OPPOSITION TO ST. PAUL FIRE & MARINE INSURANCE COMPANY'S CROSS-MOTION FOR SUMMARY JUDGMENT was mailed, postage prepaid, on this 17th day of October, 2005 to:

Anthony R. Zelle, Esq.
Denner O'Malley, LLP
Four Longfellow Place
35th Floor
Boston, MA 02114

John J. Flanagan, Esq.
2348 Post Road
Warwick, RI 02886

Stephen H. Burke, Esq.
Ratcliffe, Burke, Harten & Ellis LLP
1600 Financial Plaza
Providence, RI 02903

Robert J. Maselek, Jr., Esq.
Mark E. Cohen, Esq.
The McCormack Firm, LLC
One International Place
7th Floor
Boston, MA 02110

______________________

822368_1