# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

ARMBRUST INTERNATIONAL, LTD.
and ERWIN PEARL, INC.,
Plaintiffs,

v.

TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA and ST. PAUL FIRE AND MARINE INSURANCE COMPANY,
Defendants.

C.A. No. 04-212 ML

## PLAINTIFFS' RESPONSE TO ST. PAUL FIRE AND MARINE INSURANCE COMPANY'S STATEMENT OF UNDISPUTED FACTS

Pursuant to Fed. R. Civ. P. 56 and Local Rule 12.1, Plaintiffs Erwin Pearl, Inc. and Armbrust International, Ltd. submit the following response to St. Paul Fire & Marine Insurance Company's ("St. Paul") Rule 12.1 Statement in Support of its Cross-Motion for Summary Judgment.

For the sole purpose of the Court's consideration of the parties' cross-motions for summary judgment, Plaintiffs do not dispute the factual statements in St. Paul's Rule 12.1 Statement in Support of its Cross-Motion for Summary Judgment, except that Plaintiffs dispute paragraph 7 on the grounds that as a matter of Rhode Island law, the policy limit applicable to the St. Paul employee dishonesty coverage was $500,000 until Plaintiffs secured replacement coverage from Travelers. *See* Rhode Island Department of Business Regulation Insurance Regulation 38 and R.I.G.L. § 42-35-3(a); *see also* Plaintiffs' Undisputed Facts Nos. 17, 32.

ARMBRUST INTERNATIONAL, LTD.
and ERWIN PEARL, INC.

By Their Attorneys,

PARTRIDGE SNOW & HAHN LLP

Steven E. Snow (#1774)
Robert K. Taylor (#6514)
180 South Main Street
Providence, RI 02903
(401) 861-8200
(401) 861-8210 FAX

DATED: October 17, 2005

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing PLAINTIFF' RESPONSE TO ST. PAUL FIRE AND MARINE INSURANCE COMPANY'S STATEMENT OF UNDISPUTED FACTS was mailed, postage prepaid, on this 17th day of October, 2005 to:

Anthony R. Zelle, Esq.
Robinson & Cole LLP
One Boston Place
Boston, MA 02108

John J. Flanagan, Esq.
2348 Post Road
Warwick, RI 02886

Stephen H. Burke, Esq.
Ratcliffe, Burke, Harten & Ellis LLP
1600 Financial Plaza
Providence, RI 02903

Robert J. Maselek, Jr., Esq.
Mark E. Cohen, Esq.
The McCormack Firm, LLC
One International Place
7th Floor
Boston, MA 02110

822599_1/3119-3