UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| ARMBRUST INTERNATIONAL, LTD. and ERWIN PEARL, INC., Plaintiffs, | |
| v. | Case No. CA-04 212 ML |
| THE ST. PAUL TRAVELERS COMPANIES, INC.; TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA; ST. PAUL FIRE AND MARINE INSURANCE COMPANY, Defendants. | |

**ST. PAUL FIRE & MARINE INSURANCE COMPANY'S REPLY BRIEF IN FURTHER SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT**

St. Paul Fire and Marine Insurance Company ("St. Paul Fire and Marine") respectfully submits this reply brief to respond to new material raised in plaintiffs' opposition to St. Paul Fire and Marine's, and in further support of its motion for summary judgment.

**ARGUMENT**

In their opposition to St. Paul Fire and Marine Insurance Company's Motion for Summary Judgment, plaintiffs effectively concede that there is no justiciable controversy between plaintiffs and St. Paul Fire and Marine. See Title 28 U.S.C. § 2201(a) ("in case of **actual controversy** . . . any court of the United States, upon the filing of an appropriate pleading, may declare the rights and other legal relations of any interested party . . .") (emphasis added). Both the Complaint and the summary judgment papers submitted by plaintiffs explicitly acknowledge the propriety of St. Paul Fire and Marine's coverage determination and, in particular, its reliance on *CPC International, Inc.* v. *Northbrook Excess and Surplus Lines Ins.*

*Co.*, 668 A.2d 647 (R.I. 1995). Thus, plaintiffs state that ***only*** "in the event that the Court determines that Plaintiffs' [and St. Paul's] analysis of *CPC International* is mistaken [will] St. Paul's reliance on *CPC International* be called into question." (Opposition Brief, p. 2.) Under these circumstances, plaintiffs' declaratory judgment claim against St. Paul is merely hypothetical.

"A justiciable controversy, the Supreme Court has noted, is one which is not merely hypothetical, but rather is 'definite and concrete, touching the legal relations of parties having adverse legal interests.'. *Standard Fire Ins. Co. v. Gordon*, 376 F.Supp.2d 218, 222 ( D.R.I., 2005) quoting *Aetna Life Ins. Co. v. Haworth,* 300 U.S. 227, 240-41, 57 S.Ct. 461, 81 L.Ed. 617 (1937). "The basic inquiry is whether the 'conflicting contentions of the parties . . . present a real, substantial controversy between parties having adverse legal interests, a dispute definite and concrete, not hypothetical or abstract.'" *Id.* quoting *Railway Mail Assn. v. Corsi,* 326 U.S. 88, 93, 65 S.Ct. 1483, 89 L.Ed. 2072 (1945). "In determining whether a suit presents a real case or controversy or only an abstract question that is not justiciable in a federal court, the relevant inquiry is whether the 'conflicting contentions of the parties . . . present a real, substantial controversy between parties having adverse legal interests, a dispute definite and concrete, not hypothetical or abstract.'" *Magee v. U.S.*, 93 F.Supp.2d 161 (D.R.I., 2000) quoting *Babbitt v. United Farm Workers Nat'l Union,* 442 U.S. 289, 298, 99 S.Ct. 2301, 60 L.Ed.2d 895 (1979)(internal citation omitted).

In the present case, plaintiffs do not contend that St. Paul Fire and Marine breached the terms of the insurance policy or that they are entitled to any further payment under the policy. Plaintiffs do not dispute the coverage determination made by St. Paul Fire and Marine. To the

contrary, the declaration plaintiffs seek from this Court is a determination that St. Paul Fire and Marine properly applied Rhode Island law to the undisputed facts in this case and thereby complied with its contractual obligations under the insurance policy issued to Erwin Pearl, Inc. and Armbrust International, Ltd. Accordingly, St. Paul Fire and Marine is entitled to summary judgment, based either on the fact that there is no justiciable controversy or on the fact that St. Paul Fire and Marine has fully complied with its contractual obligations under the insurance policy issued to plaintiffs.

In a transparent effort to maintain its claim against St. Paul Fire and Marine, plaintiffs allege that "the defendants in this litigation maintain completely contradictory positions as to when the loss occurred" (Plaintiffs Opposition to Travelers Casualty and Surety Company's Motion for Summary Judgment, p. 1). This is a fallacious proposition because Travelers does not dispute the position advocated by St. Paul Fire and Marine (and plaintiffs) that St. Paul correctly applied *CPC Int'l* to the facts of this claim to reach the proper coverage determination under the insurance policy issued by St. Paul Fire and Marine. Rather Travelers contends that the operative language in the crime policy it issued to plaintiffs is completely different from that analyzed in *CPC Int'l* and, therefore, neither the holding nor the reasoning espoused by the Court in *CPC Int'l* require a finding of coverage under the Travelers crime policy. Moreover, the position taken by Travelers, which is limited to the application of the crime policy it issued to plaintiffs is immaterial to the determination of coverage under the St. Paul property insurance coverage provided to plaintiffs.

## CONCLUSION

For the reasons set forth herein and those previously presented in St. Paul Fire and

Marine Insurance Company's Memorandum of Law in Support of its Motion for Summary Judgment and its Memorandum in Opposition to Plaintiffs' Motion for Summary Judgment, St. Paul Fire and Marine respectfully request this Court to grant summary judgment in favor of St. Paul Fire and Marine.

**ST. PAUL FIRE AND MARINE INSURANCE COMPANY**

By its attorneys,

Anthony R. Zelle (SHB)

Anthony R. Zelle
4 Longfellow Place, 35th Floor
Boston, MA 02114
617-227-2800
Fax: 617-973-1562

Stephen H. Burke

Stephen H. Burke RI Bar I.D. No. 2759
**Ratcliffe, Burke, Harten & Ellis, LLP**
1600 Financial Plaza
Providence, RI 02903
401-331-3400
Fax: 401-331-3440

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed this ~~16th~~ 31st day of ~~September~~ October, 2005, to:

| | |
|---|---|
| Robert K. Taylor, Esq.<br>**Partridge Snow & Hahn LLP**<br>180 South Main Street<br>Providence, RI 02903-7120 | Mark E. Cohen, Esq.<br>**The McCormack Firm, LLC**<br>One International Place - 7th Floor<br>Tel: (617) 951-2929<br>Fax: (617) 951-2672 |

| | |
|---|---|
| Stephen H. Burke, Esq.<br>**Ratcliffe Burke Harten & Elias, LLP**<br>1600 Financial Plaza<br>Providence, RI 02903 | John J. Flanagan, Esq.<br>2348 Post Road<br>Warwick, RI 02886<br>(401) 732-4480<br>(508)541-6050(fax) |

Anthony R. Zelle (SHB)

Anthony R. Zelle

STEPHEN H. BURKE