UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

CA 04-212ML Armbrust Int'l V. Erwin Pearl

PRETRIAL SCHEDULING ORDER

The above listed cases are scheduled for the **December, 2006** trial calendar with the empanelment scheduled for **Wednesday, November 29, 2006 at 9:15 am.** Trial counsel are required to make the following filings and submissions in accordance with the dates specified in this order.

1. Any motions in limine and supporting memoranda are to be electronically filed by **November 15, 2006.** Objections to motions in limine are to be electronically filed by **November 22, 2006.**

2. Trial counsel must confer with each other and provide to the Court by **November 22, 2006**, a list (paper) of exhibits to be admitted without objection.

3. If testimony is to be presented by way of deposition (video or transcript), a paper copy of the **entire** transcript must be provided to the Court. Counsel shall electronically file a list of the proponent's designated portions (i.e., page and line reference) by **November 15, 2006.** Opposing counsel must electronically file any cross designations and objections (setting forth the basis for the objection, e.g., "hearsay," "foundation," "404(b)") by **November 22, 2006.**

SO ORDERED:

Mary M. Lisi
Mary M. Lisi
United States District Judge
October 27, 2006