# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

ARMBRUST INTERNATIONAL, LTD.
and ERWIN PEARL, INC.,

Plaintiffs,

v.

TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA and ST. PAUL FIRE AND MARINE INSURANCE COMPANY,

Defendants.

C.A. No. 04-212 ML

## STIPULATION OF VOLUNTARY DISMISSAL

Pursuant to Rule 41(a)(1) the parties to this action hereby stipulate that the matter has been settled and the action may be dismissed with prejudice, each party to pay its own costs.

ARMBRUST INTERNATIONAL, LTD.
and ERWIN PEARL, INC.

By Their Attorneys,

PARTRIDGE SNOW & HAHN LLP

/s/ Steven E. Snow

Steven E. Snow (#1774)
Robert K. Taylor (#6514)
180 South Main Street
Providence, RI 02903
(401) 861-8200
(401) 861-8210 FAX
ses@psh.com
rkt@psh.com

DATED: December 8, 2006

ST. PAUL FIRE AND MARINE
INSURANCE COMPANY

By Its Attorneys,

ZELLE MCDONOUGH LLP

/s/ Anthony R. Zelle

Anthony R. Zelle , Esq.
Four Longfellow Place
35th Floor
Boston, MA 02114
(617) 742-6520
(617) 973-1562 FAX
tzelle@zelmcd.com

DATED: December 8, 2006

TRAVELERS CASUALTY & SURETY
COMPANY OF AMERICA

By Its Attorneys,

THE McCORMACK FIRM, LLC

/s/ Mark E. Cohen
Mark E. Cohen, Esq.
Robert J. Maselek, Jr., Esq.
One International Place
Seventh Floor
Boston, MA 02110
(617) 951-2929
(617) 951-2672 FAX
mcohen@mccormackfirm.com
rmaselek@mccormackfirm.com

DATED: December 8, 2006

887013_1/3119-3